# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMP DIVISION

**Sharda Brown,**

   *Plaintiff,*

**v.**                                        **Case No: 8:22-cv-450-WFJ-JSS**

**Equifax Information Services, LLC,**

   *Defendant.*
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax Information Services, LLC from this case with prejudice.

Dated April 14, 2022,

                                                **SERAPH LEGAL, P. A.**

                                                */s/ Bridget L. Scarangella*
                                                Bridget L. Scarangella, Esq.
                                                Florida Bar No.: 1022866
                                                BScarangella@SeraphLegal.com
                                                Seraph Legal, P. A.
                                                1614 North 19th Street
                                                Tampa, FL 33605
                                                (813) 321-2345
                                                Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2022 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866